IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 21-** |
| v. : | **DATE FILED:** |
| **JOSHUA MORALES** : | **VIOLATION:** |
| : | 18 U.S.C. § 924(a)(1)(A) (false statement to a federal firearms dealer - 7 counts) |
| : | Notice of forfeiture |

## INDICTMENT

### COUNTS ONE THROUGH SEVEN

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Tanner's Sports Center Inc., located at 2301 York Road, Jamison, Pennsylvania, possessed a federal firearms license and was authorized to deal in firearms under federal laws.

2. Delaware Valley Sports Center, Inc., located at 101 Geiger Road, Philadelphia, Pennsylvania, possessed a federal firearms license and was authorized to deal in firearms under federal laws.

3. The Bunker Gun Shop, located at 549 York Road, Warminster, Pennsylvania, possessed a federal firearms license and was authorized to deal in firearms under federal laws.

4. Mad Minute Enterprise, LLC, "Delia's Gun Shop", located at 6104 Torresdale Avenue Philadelphia, Pennsylvania, possessed a federal firearms license and was authorized to deal in firearms under federal laws.

5. Federal firearms license ("FFL") holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

6. The rules governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473. Part of the Form 4473 requires that the prospective purchaser certify that all of his or her answers on Form 4473 are true and correct. Question 11(a) of Form 4473 requires that the prospective purchaser answer whether he or she is the actual transferee/buyer of the firearm. The Form 4473 contains language warning that "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." The Form 4473 also contains language warning that all information provided must be certified as "true, correct, complete," and that providing false information in response to Question 11(a) is a "crime punishable as a felony under federal law."

7. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth.

8. On or about the dates listed below, in the Eastern District of Pennsylvania, defendant

**JOSHUA MORALES,**

in connection with the acquisition of each of the firearms listed below from the FFL holders listed below, knowingly made a false statement and representation with respect to information required by the provisions of Title 18, United States Code, to be kept in the FFL holder's

records, in that the defendant MORALES certified on the Form 4473 that he was the actual transferee/buyer of the firearms listed below, when in fact, as defendant knew, this statement was false and fictitious.

| Count | Date | FFL | Firearm(s) | Serial Number |
|---|---|---|---|---|
| One | February 21, 2020 | Tanner's Sports Center Inc. | A Springfield, Model XD Mod 2, .40 caliber S&W semi-automatic pistol | GM164094 |
| Two | July 30, 2020 | Tanner's Sports Center Inc. | A FN, Model FiveSeven, 5.7x28mm, semi-automatic pistol; A Taurus, Model 856, .38 caliber revolver; A Glock, Model 17, 9mm semi-automatic pistol; and A Sig Sauer, Model MCX, 300 Blackout semi-automatic pistol | 386391526  ABE624729  BPGW814  63F033246 |
| Three | August 7, 2020 | Delaware Valley Sports Center, Inc. | A Canik, Model TP9SF Elite, 9mm semi-automatic pistol; and A CZ, Model 75 SP-01, 9mm semi-automatic pistol | 20BH14323  D075291 |
| Four | August 21, 2020 | Mad Minute Enterprise, LLC, "Delia's Gun Shop" | A SDS Imports, Model 1911 A1, .45 ACP semi-automatic pistol | T0620-20Z11313 |
| Five | September 8, 2020 | The Bunker Gun Shop | A Glock, Model 17, 9mm semi-automatic pistol; and A Glock, Model 36, .45 semi-automatic pistol, | BPVL934  BGHU763 |
| Six | September 8, 2020 | Tanner's Sports Center Inc. | A Taurus, Model G2C, 9mm semi-automatic pistol; and A Taurus, Model G2C, 9mm semi-automatic pistol | ABJ874729  ABH801953 |
| Seven | September 16, 2020 | Tanner's Sports Center Inc. | A Taurus, Model G2C, 9mm semi-automatic pistol; A Taurus, Model G2C, 9mm semi-automatic | ABH795351  ABH801856 |

| | | | | |
|---|---|---|---|---|
| | | | pistol; | |
| | | | A Taurus, Model G2C, 9mm semi-automatic pistol; | ABH801762 |
| | | | A SCCY, Model CPX-2, 9mm semi-automatic pistol; | C006801 |
| | | | A FN, Model FiveSeven, 9mm semi-automatic pistol; | 386395940 |
| | | | A Glock, Model 23c, .40 caliber semi-automatic pistol; | ABRW532 |
| | | | A Glock, Model 17, 9mm semi-automatic pistol; | BRAB121 |
| | | | A Glock, Model 19, 9mm semi-automatic pistol AENA015; | AENA015 |
| | | | A Smith & Wesson, Model M&P 40 Shield, .40 caliber semi-automatic pistol; | LEV8821 |
| | | | A Ruger, Model LCP, 308 ACP semi-automatic pistol; and | 372376740 |
| | | | A Springfield, Model XDS, .45 caliber ACP semi-automatic pistol | BY321772 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Section 924(a)(1)(A), set forth in this indictment, defendant

## JOSHUA MORALES

shall forfeit to the United States of America the firearms involved in the commission of such offenses, including, but not limited to:

| Firearm | Serial Number |
|---|---|
| A Springfield, Model XD Mod 2, .40 caliber S&W semi-automatic pistol | GM164094 |
| A FN, Model FiveSeven, 5.7x28mm, semi-automatic pistol | 386391526 |
| A Taurus, Model 856, .38 caliber revolver | ABE624729 |
| A Glock, Model 17, 9mm semi-automatic pistol | BPGW814 |
| A Sig Sauer, Model MCX, 300 Blackout semi-automatic pistol | 63F033246 |
| A Canik, Model TP9SF Elite, 9mm semi-automatic pistol | 20BH14323 |
| A CZ, Model 75 SP-01, 9mm semi-automatic pistol | D075291 |
| A SDS Imports, Model 1911 A1, .45 ACP semi-automatic pistol | T0620-20Z11313 |
| A Glock, Model 17, 9mm semi-automatic pistol | BPVL934 |
| A Glock, Model 36, .45 semi-automatic pistol | BGHU763 |
| A Taurus, Model G2C, 9mm semi-automatic pistol | ABJ874729 |
| A Taurus, Model G2C, 9mm semi-automatic pistol | ABH801953 |
| A Taurus, Model G2C, 9mm semi-automatic pistol | ABH795351 |
| A Taurus, Model G2C, 9mm semi-automatic pistol | ABH801856 |
| A Taurus, Model G2C, 9mm semi-automatic pistol | ABH801762 |
| A SCCY, Model CPX-2, 9mm semi-automatic pistol | C006801 |
| A FN, Model FiveSeven, 9mm semi-automatic pistol | 386395940 |
| A Glock, Model 23c, .40 caliber semi-automatic pistol | ABRW532 |
| A Glock, Model 17, 9mm semi-automatic pistol | BRAB121 |
| A Glock, Model 19, 9mm semi-automatic pistol | AENA015 |
| A Smith & Wesson, Model M&P 40 Shield, .40 caliber semi-automatic pistol | LEV8821 |
| A Ruger, Model LCP, 308 ACP caliber semi-automatic pistol | 372376740 |
| A Springfield, Model XDS .45 caliber ACP semi-automatic pistol | BY321772 |

All pursuant to Title 18, United States Code, Section 924(d), made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

███████████████████
GRAND JURY FOREPERSON

_____
**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

JOSHUA MORALES

INDICTMENT

Counts

18 U.S.C. § 924(a)(1)(A) (false statement to a federal firearms dealer – 7 counts); Notice of forfeiture



Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $_____